**Marquis Aurbach Coffing**
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
jbeckstrom@maclaw.com
Attorneys for Plaintiff/Counterdefendant

**Bellon & Maningo, Ltd.**
Lance A. Maningo, Esq.
Nevada Bar No. 6405
732 S. Sixth St., Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 452-6299
Facsimile: (702) 452-6298
Lam@bellonandmeningo.com
Attorney for Plaintiff/Counterdefendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACRYLIC TANK MANUFACTURING, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>POWERVISION ROBOT CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.: 2:17-cv-01370 |

**STIPULATION AND ORDER TO EXTEND DISCOVERY CONFERENCE SUBMITTED IN COMPLIANCE WITH LR 26-1**
**(First Request)**

Plaintiff Acrylic Tank Manufacturing, Inc. ("ATM" or "Plaintiff") and Defendant Powervision Robot Corporation, a Delaware corporation ("Powervision" or "Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the 26(f) Conference deadlines thirty (30) days pursuant to LR 26-1 from the current August 28, 2017 date to September 29, 2017.

## A. REASONS WHY THE DEADLINE WAS NOT SATISFIED WITHIN THE TIME LIMITS SET UNDER LR-26:

Plaintiff filed its Complaint on May 12, 2017. Defendant filed its Answer and Counterclaim on July 28, 2017. Plaintiff filed its Answer to Defendant's Counterclaim on August 15, 2017. Under LR 26-1 the FRCP 26(f) conference was required to take place on or before August 28, 2017. The undersigned counsel has recently associated with Plaintiff's counsel and additional time is necessary to obtain information to ensure a productive conference can take place, as well as gather any information co-counsel has on the instant matter.

This stipulation is entered into in good faith and not for the purposes of undue delay.

Dated this 5th day of September, 2017.　　　Dated this 5th day of September, 2017.

MARQUIS AURBACH COFFING　　　LEE, HERNANDEZ, LANDRUM & GAROFALO

By:*/s/Jack Juan, Esq.*　　　By:*/s/Cindie D. Hernandez, Esq.*
Jack Chen Min Juan, Esq.　　　Cindie D. Hernandez, Esq.
Nevada Bar No. 6367　　　Nevada Bar No. 7218
James A. Beckstrom, Esq.　　　A. Maria Maskall, Esq.
Nevada Bar No. 14032　　　Nevada Bar No. 6410
10001 Park Run Drive　　　7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89145　　　Las Vegas, Nevada 89128
*Attorneys for Plaintiff*　　　*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

By: _____
**Judge, U.S. District Court**
Dated : September 8, 2017