1

2

3

4    UNITED STATES DISTRICT COURT

5    DISTRICT OF NEVADA

6    * * *

7    ACRYLIC TANK MANUFACTURING, | Case No. 2:17-cv-01370-JCM-PAL
     INC.,
8                                              ORDER
                          Plaintiff,
9        v.                              (Jt. Mot/SC & Stay – ECF No. 24)

10   POWERVISION ROBOT CORPORATION,

11                          Defendant.

12        Before the court is the parties' Joint Motion to Stay Discovery Pending the Joint Motion

13   for Settlement Conference with an Independent Magistrate Judge (ECF No. 24).

14        The parties request an early settlement conference with a magistrate judge other than the

15   one assigned to the case in an attempt to resolve the case. The Honorable Robert A. McQuaid

16   kindly agreed to conduct the settlement conference and it is currently set for June 7, 2018. The

17   parties request that discovery be stayed until after the settlement conference and expect to request

18   an extension of the discovery plan and scheduling order deadlines if the case does not settle. The

19   court will enter a temporary stay until June 7, 2018. If the case has not resolved, the parties shall

20   have until June 15, 2018 to meet and confer and submit an amended proposed discovery plan and

21   scheduling order stating with specificity what discovery remains and a reasonable schedule for

22   completion.

23        For good cause shown,

24        **IT IS ORDERED** that:

25        1. The Joint Motion to Stay Discovery Pending the Joint Motion for Settlement

26           Conference with an Independent Magistrate Judge (ECF No. 24) is **GRANTED** until

27           **June 7, 2018**.

28   / / /

1

2. If the case is not settled on June 8, 2018 the parties shall have until **June 15, 2018**, to meet and confer and submit an amended discovery plan and scheduling order identifying with specificity what discovery remains and a reasonable schedule for completion.

DATED this 19th day of April, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE