Nicole Lovelock, Esq.
Nevada State Bar No. 11187
Justin C. Jones, Esq.
Nevada State Bar No. 8519
**JONES LOVELOCK**
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: jjones@joneslovelock.com

Jo Dale Carothers *(admitted pro hac vice)*
California State Bar No. 228703
Arizona State Bar No. 020402
Eric Caligiuri *(admitted pro hac vice)*
California State Bar No. 260442
**WEINTRAUB TOBIN**
11682 El Camino Real, Suite 305
San Diego, CA  92130
Telephone: (858) 436-8152
Email: JCarothers@weintraub.com

*Attorneys for Defendant/Counterclaimant*
*PowerVision Robot Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACRYLIC TANK MANUFACTURING, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>POWERVISION ROBOT CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO.:   2:17-cv-01370-JCM-PAL<br><br>**JOINT STIPULATION TO STAY ALL CASE DEADLINES AND ORDER THEREON** |
| POWERVISION ROBOT CORPORATION, a Delaware Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>ACRYLIC TANK MANUFACTURING, INC., a Nevada Corporation,<br><br>Counter-defendant. | |

| | |
|---|---|
| 1 | Plaintiff/Counter-Defendant, Acrylic Tank Manufacturing, Inc. ("ATM"), by and through its counsel of record, Jack Chen Min Juan, Esq., and James A. Beckstrom, Esq. of the law firm of Marquis Aurbach Coffing and Lance A. Maningo, Esq. of the law firm of Maningo Law and Defendant/Counterclaimant, PowerVision Robot Corporation ("PowerVision") by and through its counsel of record Jo Dale Carothers, Esq., and Eric Caligiuri, Esq. of the law firm of Weintraub Tobin and Nicole Lovelock, Esq. of the law firm of Jones Lovelock (collectively, the "Parties") hereby submit this Joint Stipulation To Stay of All Case Deadlines. |

The Parties hereby jointly notify the Court that the Parties have reached a settlement in principle and accordingly request that the Court stay all current case deadlines in order to allow the Parties to focus on executing the settlement agreement and comply with the agreement's requirements. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163 (1936).

/ / /

The Parties intend to complete settlement and file a joint stipulation of dismissal with prejudice within thirty (30) days. For good cause shown, the parties respectfully request the Court grant this request.

**IT IS SO STIPULATED.**

DATED this 25th day of September 2018.　　　DATED this 25th day of September 2018.

/s/ James A. Beckstrom, Esq.　　　　　　　　/s/ Nicole E. Lovelock, Esq.
Jack Chen Min Juan, Esq.　　　　　　　　　　Nicole Lovelock, Esq.
Nevada State Bar No. 6367　　　　　　　　　 Nevada State Bar No. 11187
James A. Beckstrom, Esq.　　　　　　　　　　Justin C. Jones, Esq.
Nevada Bar No. 14032　　　　　　　　　　　 Nevada State Bar No. 8519
Rachel S. Tygret, Esq.　　　　　　　　　　　 **JONES LOVELOCK**
Nevada State Bar No. 14120　　　　　　　　　400 S. 4th St., Ste. 500
**MARQUIS AURBACH COFFING**　　　　　　Las Vegas, Nevada 89101
10001 Park Run Drive
Las Vegas, Nevada 89145　　　　　　　　　　Jo Dale Carothers *(admitted pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　California State Bar No. 228703
Lance A. Maningo, Esq.　　　　　　　　　　 Arizona State Bar No. 020402
Nevada State Bar No. 6405　　　　　　　　　 Eric Caligiuri *(admitted pro hac vice)*
**MANINGO LAW**　　　　　　　　　　　　　California State Bar No. 260442
400 South 4th St., Suite 650　　　　　　　　　**WEINTRAUB TOBIN**
Las Vegas, Nevada 89101　　　　　　　　　　11682 El Camino Real, Suite 305
　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92130
*Attorneys for Plaintiff/Counterdefendant*
*Acrylic Tank Manufacturing, Inc.*　　　　　　*Attorneys for Defendant/Counterclaimant*
　　　　　　　　　　　　　　　　　　　　　*PowerVision Robot Corporation*

**IT IS SO ORDERED**:

_____
US DISTRICT COURT JUDGE
Dated: September 27, 2018